JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIO PANO, | ) | NO. CV 19-10521-ODW (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| COUNTY OF LOS ANGELES, et al, | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Dismissing the Complaint, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 8, 2021

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

1